# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
## 1:04cv112

| | |
|---|---|
| WADE D. BURNS, ) | |
| ) | |
|       **Plaintiff,** ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| TOWN OF MONTREAT; and ) | |
| TERESA REED, individually and in her ) | |
| official capacity as Zoning Official, ) | |
| ) | |
|       **Defendants.** ) | |
| _____ ) | |

**THIS MATTER** is before the court on defendants' Motion for Summary Judgment. This matter is scheduled for trial during the district court's September 2005 term of court. To expedite issuance of a recommendation to the district court, a non-evidentiary hearing will be scheduled. In particular, the court desires to hear arguments on the nature of plaintiff's speech, the first amendment protections afforded speech of an appointed advisory board member, whether plaintiff held a "high ranking or policymaking post," the appropriate balancing test (if any) to be used to determine whether plaintiff's free speech rights outweighed the rights of the board that appointed him, whether plaintiff has stated a claim against Defendant Reed inasmuch as his permits were ultimately granted, and whether Defendant Reed enjoys qualified immunity. Having considered defendants' motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendants' Motion for Summary Judgment is **CALENDARED** for arguments on July 14, 2005, at 2 p.m.

**Signed: July 5, 2005**

*Dennis L. Howell*
Dennis L. Howell
United States Magistrate Judge