## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

### CIVIL NO.  1:04CV112

| | | |
|---|---|---|
| **WADE D. BURNS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **J U D G M E N T** |
| | ) | |
| **TOWN OF MONTREAT, and TERESA** | ) | |
| **REED, individually and in her official** | ) | |
| **capacity as Zoning Official of the Town** | ) | |
| **of Montreat,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the

Defendants' motion for summary judgment as to the Plaintiff's claims pursuant to 42 U.S.C. §

1983 is **ALLOWED,** and those claims are **DISMISSED WITH PREJUDICE** in their entirety.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Plaintiff's

claims for tortious interference with contract and civil conspiracy are hereby **DISMISSED**

**WITH PREJUDICE**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that, the Court

declining to exercise supplemental jurisdiction over the remaining state claims, such claims are

hereby **DISMISSED WITHOUT PREJUDICE**.

**Signed: August 25, 2005**

Lacy H. Thornburg
United States District Judge